UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

SPACE EXPLORATION TECHNOLOGIES CORP., Plaintiff

vs.

NATIONAL LABOR RELATIONS BOARD, et al

Case No.: 6:24-cv-00203-ADA-DTG

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Harry I. Johnson, III, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Space Exploration Technologies Corp. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Morgan, Lewis & Bockius, LLP with offices at:

   Mailing address: 2049 Century Park East, Suite 700

   City, State, Zip Code: Los Angeles, CA  90067

   Telephone: 310-907-1000        Facsimile: 310-907-1001

2. Since 1/25/1999, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 200257.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | U.S. Supreme Court | 6/8/2015 |
   | U.S. Court of Appeals D.C. Circuit | 5/20/2019 |
   | U.S. Court of Appeals, Fifth Circuit | 3/5/2024 |
   | U.S. Court of Appeals, Ninth Circuit | 2/21/2008 |
   | U.S. District Court Central District California | 2/19/2020 |
   | U.S. District Court Northern District California | 10/25/2021 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):   n/a

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
   n/a

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
   n/a

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Catherine Eschbach

Mailing address: 1000 Louisiana St., Suite 4000

City, State, Zip Code: Houston, TX 77002-5005

Telephone: 713-890-5719

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Harry I. Johnson, III to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Harry I. Johnson, III
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 24th day of April, 2024.

Harry I. Johnson, III
[printed name of Applicant]

[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## WACO DIVISION

SPACE EXPLORATION TECHNOLOGIES CORP., Plaintiff

vs.

NATIONAL LABOR RELATIONS BOARD, et al

Case No.: 6:24-cv-00203-ADA-DTG

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by <u>Harry I. Johnson, III</u>, counsel for <u>Space Exploration Technologies Corp.</u>, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and <u>Harry I. Johnson, III</u> may appear on behalf of <u>Space Exploration Technologies</u> in the above case.

IT IS FURTHER ORDERED that <u>Harry I. Johnson, III</u>, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE