AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| Space Exploration Technologies Corp. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 6:24-cv-000203 |
| National Labor Relations Board, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants   .

Date:   04/25/2024

s/Maxie E Gallardo
*Attorney's signature*

Maxie E. Gallardo, State Bar No. 24090109
*Printed name and bar number*

819 Taylor Street, Room 8A24
Fort Worth, TX 76102-6107
*Address*

maxie.miller@nlrb.gov
*E-mail address*

(682) 703-7222
*Telephone number*

(817) 978-2928
*FAX number*