# Exhibit C

🇺🇸 An official website of the United States government   Here's how you know

Español  |  Other Languages 🌐



NLRB
National Labor Relations Board

☰ MENU

[Home](#)

# Case Search Results

## Space Exploration Technologies Corporation d/b/a SpaceX

E-File     Follow

**Case Number:** 19-CA-309274          **Location:** Redmond, WA
**Date Filed:** 12/20/2022             **Region Assigned:** Region 19, Seattle, Washington
**Status:** Open

### Docket Activity

Items per page: 10

| Date | Document | Issued/Filed By |
|---|---|---|
| 04/20/2024 | [Complaint Filed to Court](#) | Court Plaintiff |
| 04/17/2024 | Answer to Complaint* | Charged Party / Respondent |
| 03/29/2024 | EOT for Answer to Complaint or Compliance Specification* | Charged Party / Respondent |
| 03/20/2024 | [Complaint and Notice of Hearing](#) | NLRB - GC |
| 05/08/2023 | Letter Approving Withdrawal Request* | NLRB - GC |
| 12/21/2022 | Initial Letter to Charging Party* | NLRB - GC |
| 12/21/2022 | Initial Letter to Charged Party* | NLRB - GC |
| 12/21/2022 | [Signed Charge Against Employer](#) | Charging Party |

The Docket Activity list does not reflect all actions in this case.

* This document may require redactions before it can be viewed. To obtain a copy, please file a request through our FOIA Branch.

## FOIA Records

This information is temporarily unavailable as the NLRB transitions to a new FOIA processing system, after which, this information will be updated.

## Related Documents

Related Documents data is not available.

## Allegations

- 8(a)(1) Concerted Activities (Retaliation, Discharge, Discipline)
- 8(a)(1) Coercive Rules

## Participants

| Participant | Address | Phone |
|---|---|---|
| **Charged Party / Respondent**<br>Legal Representative<br>Johnson, Harry<br>Morgan, Lewis & Bockius LLP | 2049 Century Park E Ste 700<br>Los Angeles, CA<br>90067-3109 | (310)255-9005 |
| **Charging Party**<br>Legal Representative<br>Jacobson, Hope<br>Law Office of Hope Jacobson | 315 W. 3rd St., Unit 605<br>Long Beach, CA<br>90802 | (310)497-2214 |
| **Charged Party / Respondent**<br>Legal Representative<br>Emery, Lauren<br>Morgan, Lewis & Bockius, LLP | 110 North Wacker Drive<br>Suite 4800<br>Chicago, IL<br>60606-1511 | (312)324-1147 |
| **Charged Party / Respondent**<br>Legal Representative<br>Harper, Matthew<br>Morgan Lewis & Bockius LLP | 1000 Louisiana St Ste 4000<br>Houston, TX<br>77002-5048 | (713)890-5194 |
| **Charged Party / Respondent**<br>Employer | 23020 NE Alder Crest Drive<br>Redmond, WA | (202)649-2716 |

| Participant | Address | Phone |
|---|---|---|
| Space Exploration Technologies Corporation d/b/a SpaceX | 98053 | |

**Charging Party**

Individual

## Related Cases

Related Cases data is not available.

## Most Popular Pages

Who We Are

National Labor Relations Act

Cases & Decisions

Recent Charges & Petitions Filings

The Law

The Right to Strike

Case Search

Contact Us

Frequently Asked Questions

## Other Language Publications

Español - Spanish
العربية - Arabic
中文 (繁體中文) - Chinese (Traditional)
中文 (简体中文) - Chinese (Simplified)
Français - French

Kreyòl ayisyen - Haitian Creole
हिंदी - Hindi
Hmong - Hmong
한국어 - Korean
Polski - Polish
Português - Portuguese

ਪੰਜਾਬੀ - Punjabi
Русский - Russian
Somali - Somali
Tagalog - Tagalog
اردو - Urdu
Tiếng Việt - Vietnamese

## Connect With NLRB

NLRB Subscription Updates

Download NLRB Mobile App

# National Labor Relations Board

| Site Map | Policies | OpenGov | USA.gov | FOIA | Privacy |
| No Fear Act |

**About**
- Rights We Protect
- What We Do
- Who We Are

**Resources**
- Inspector General
- Fact Sheets
- Fillable Forms
- Related Agencies
- E-file via SecureRelease
- Section 508
- Employee Rights Poster

**Other**
- Site Feedback
- FAQ
- Contact Us