IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **SPACE EXPLORATION TECHNOLOGIES CORP.,** *Plaintiff,* <br><br> v. <br><br> **NATIONAL LABOR RELATIONS BOARD, JENNIFER ABRUZZO, IN HER OFFICIAL CAPACITY AS THE GENERAL COUNSEL OF THE NATIONAL LABOR RELATIONS BOARD; LAUREN MCFERRAN, IN HER OFFICIAL CAPACITY AS THE CHAIRMAN OF THE NATIONAL LABOR RELATIONS BOARD; MARVIN E KAPLAN, IN HIS OFFICIAL CAPACITY AS BOARD MEMBER OF THE NATIONAL LABOR RELATIONS BOARD; GWYNNE A WILCOX, IN HER OFFICIAL CAPACITY AS BOARD MEMBER OF THE NATIONAL LABOR RELATIONS BOARD; DAVID M PROUTY, IN HIS OFFICIAL CAPACITY AS BOARD MEMBER OF THE NATIONAL LABOR RELATIONS BOARD; AND JOHN DOE - ADMINISTRATIVE LAW JUDGE NLRB,** *Defendants.* | § § § § § § § § § § § § § § § § § § § § § § § § § § § § | **W-24-CV-00203-ADA** |

## ORDER VACATING REFERRAL ORDER

The referral of this case to Magistrate Judge Derek T. Gilliland is hereby vacated.

**SIGNED** this 26th day of April, 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE