UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board,<br><br>    Defendants. | Civil Action No. 6:24-cv-00203-ADA-DTG |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Upon consideration of Plaintiff Space Exploration Technologies Corp.'s Motion for a Preliminary Injunction, based on the arguments contained therein, the evidence submitted, and any argument in open court, it is hereby ordered that the motion is **GRANTED**.  The Court finds that SpaceX has shown a likelihood of success on the merits of one or more of its claims, a likelihood of irreparable harm in the absence of preliminary relief, and that the balance of the equities and public interest favor of the injunction.  All administrative proceedings in National Labor Relations Board Case 19-CA-309274, including without limitation any hearing before an Administrative Law Judge, are hereby stayed and enjoined in all respects pending further order of this Court.

**SO ORDERED** on May ___, 2024

_____
Alan D. Albright
United States District Judge