UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board, <br><br> Defendants. | Civil Action No. <br> 6:24-cv-00203-ADA-DTG |

**[PROPOSED]**
**ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE**
**TO PRELIMINARY INJUNCTION MOTION**

  Before the Court is the motion of Defendants National Labor Relations Board, *et al.*, for a two-week extension of time to respond to Plaintiff's motion for a preliminary injunction motion in this matter. Having considered the submissions of the parties, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, and for good cause shown, the motion is **GRANTED**. The time for filing Defendant's response to Plaintiff's motion for a preliminary injunction is extended to May 23, 2024.

1

**SO ORDERED** on this \_\_\_\_ day of _____, 2024.

_____
Alan Albright
**UNITED STATES DISTRICT JUDGE**