AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

SPACE EXPLORATION TECHNOLOGIES CORP.

*Plaintiff(s)*

v.    Civil Action No.   6:24-cv-00203-ADA-DTG

NATIONAL LABOR RELATIONS BOARD ET AL

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
The United States, by serving the U.S. Attorney for the Western District of Texas
Jaime Esparza, c/o Civil Process Clerk, U.S. Attorney's Office
601 NW Loop 410, Suite 600
San Antonio, TX  78216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Catherine Eschbach
1000 Louisiana Street, Suite 4000
Houston, TX  77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*, PHILIP J. DEVLIN

Date:   04/22/2024

L Diaz

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **The United States, by serving the U.S. Attorney for the Western District of Texas Jaime Esparza, c/o Civil Process Clerk, U.S. Attorney's Office**
was received by me on *(date)* **4/23/2024**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Stephanie Rico, Civil Process Clerk per standard procedure of U.S Attorney for Western District** , who is designated by law to accept service of process on behalf of *(name of organization)* **The United States, by serving the U.S. Attorney for the Western District of Texas** on *(date)* **4/23/2024 @ 3:45 PM** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **4/23/2024**

*Server's signature*

**David Pace, PSC- 1820**
*Printed name and title*

**P.O. Box 11042; Killeen, TX 76547**
*Server's address*

Additional information regarding attempted service, etc: