UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board, <br><br> Defendants. | Civil Action No. 6:24-cv-00203-ADA-DTG |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR A 7-DAY EXTENSION TO FILE REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Upon consideration of Plaintiff's Unopposed Motion for a 7-Day Extension to File Reply in Support of Motion for Preliminary Injunction, it is hereby ORDERED that the Motion is GRANTED. Plaintiff may file its response by June 6, 2024.

**SO ORDERED** on May _____, 2024.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE

1