UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>   Plaintiff,<br><br>   v.<br><br>NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board,<br><br>   Defendants. | Civil Action No. 6:24-cv-00203-ADA-DTG |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S OPPOSED MOTION FOR AN EXTENSION UNTIL JUNE 20, 2024 TO FILE RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO STAY FURTHER PROCEEDINGS**

Upon consideration of Plaintiff's Opposed Motion for an Extension Until June 20, 2024 to File Response in Opposition to Defendants' Motion to Stay Further Proceedings, it is hereby ORDERED that the Motion is GRANTED. Plaintiff may file its response by June 20, 2024.

**SO ORDERED** on May _____, 2024.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE