# Exhibit C

UNITED STATES OF AMERICA
BEFORE THE NATIONAL LABOR RELATIONS BOARD
REGION 19

SPACE EXPLORATION TECHNOLOGIES
CORPORATION d/b/a SPACEX

    and                                Case 19-CA-309274

STEVEN KOLASA, an Individual

## ORDER POSTPONING HEARING INDEFINITELY

Due to the filing of a new, related charge in Case 31-CA-337385, IT IS ORDERED that the hearing in the above matter set for Tuesday, October 29, 2024 is hereby postponed indefinitely.

Dated at Seattle, Washington, this 30th day of April, 2024.

_Ronald K. Hooks_
Ronald K. Hooks, Regional Director
National Labor Relations Board, Region 19
915 2nd Ave., Ste. 2948
Seattle, WA 98174-1006