AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| Space Exploration Technologies Corp. | ) |
| *Plaintiff* | ) |
| v. | ) |
| National Labor Relations Board, et al. | ) |
| *Defendant* | ) |

Case No.    6:24-cv-00203-ADA-DTG

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants                                                                                      .

Date:     06/17/2024

s/David P. Boehm

*Attorney's signature*

David P. Boehm, D.C. Bar No. 1033755

*Printed name and bar number*

1015 Half Street, S.E. - 4th Floor

Washington, DC 20003

*Address*

David.boehm@nlrb.gov

*E-mail address*

(202) 273-4202

*Telephone number*

(202) 273-4244

*FAX number*