## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br>         Plaintiff, <br><br>    v. <br><br> NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board, <br><br>         Defendants. | Case No. 6:24-cv-00203-ADA-DTG |

## [PROPOSED]
## ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT OR RULE 12 MOTION

Before the Court is the unopposed motion of Defendants National Labor Relations Board, *et al.*, for an extension of time to file an Answer or Rule 12 motion in response to the Complaint filed by Plaintiff until the latter of 30 days after the pending Motion to Stay Further Proceedings is disposed of or 30 days after any stay is lifted.

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, and for good cause shown, the motion is **GRANTED**. The time for filing Defendants' Answer or

Rule 12 motion is extended in accordance with the timeline set forth in Defendants' request.

**SO ORDERED** on this ___ day of _____, 2024.

_____
Alan Albright
**UNITED STATES DISTRICT JUDGE**