UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board,<br><br>    Defendants. | Civil Action No. 6:24-cv-00203-ADA-DTG |

## ORDER ON PLAINTIFF'S MOTION TO WITHDRAW REPRESENTATION AND TERMINATE ELECTRONIC NOTICES

Plaintiff SPACE EXPLORATION TECHNOLOGIES CORP.'s ("Plaintiff") Motion to Withdraw Representation and Terminate Electronic Notices of attorney Amanda L. Salz of Morgan, Lewis & Bockius, LLP, pending before the Court is **GRANTED.**

**IT IS THEREFORE ORDERED** that attorney Amanda L. Salz is withdrawn from representation of Plaintiff in the above-captioned case, and the clerk of this court is ordered to terminate delivery of electronic CM/ECF notices to Ms. Salz.

Dated: _____     _____
                                    HON. ALAN ALBRIGHT
                                    UNITED STATES DISTRICT JUDGE