United States District Court
Western District of Texas
Waco
**Deficiency Notice**

| | |
|---|---|
| To: | Boehm, David P |
| From: | Court Operations Department, Western District of Texas |
| Date: | Friday, June 28, 2024 |
| Re: | 06:24-CV-00203-ADA / Doc # 31 / Filed On: 06/27/2024 06:08 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Pleading not signed with /s/Name on signature line or digital signature.
   Remarks: You may refile the entire document with signatures, or file a signature page only, using the Supplement event and link to document 31.