# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

SPACE EXPLORATION TECHNOLOGIES § \
CORP. §

§      NO:   WA:24-CV-00203-ADA

vs. §

§

NATIONAL LABOR RELATIONS BOARD, \
JENNIFER ABRUZZO, LAUREN \
MCFERRAN, MARVIN E KAPLAN, \
GWYNNE A WILCOX, DAVID M \
PROUTY, JOHN DOE - ADMINISTRATIVE \
LAW JUDGE NLRB

## ORDER SETTING ZOOM HEARING ON MOTION TO STAY

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for

HEARING ON MOTION TO STAY by Zoom on July 02, 2024  at  11:00 AM.


IT IS SO ORDERED this 28th day of June, 2024.

_____ \
ALAN D ALBRIGHT \
UNITED STATES DISTRICT JUDGE