# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP. <br><br> vs. <br><br> NATIONAL LABOR RELATIONS BOARD, JENNIFER ABRUZZO, LAUREN MCFERRAN, MARVIN E KAPLAN, GWYNNE A WILCOX, DAVID M PROUTY, JOHN DOE - ADMINISTRATIVE LAW JUDGE NLRB | § <br> § <br> §   NO:  WA:24-CV-00203-ADA <br> § <br> § |

## ORDER RESETTING ZOOM HEARING ON MOTION TO STAY

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for ZOOM HEARING ON MOTION TO STAY by Zoom on July 02, 2024 at 02:30 PM .

IT IS SO ORDERED this 2nd day of July, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE