UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP. | § § § | CIVIL NO: WA:24-CV-00203-ADA |
| vs. | § § § | |
| NATIONAL LABOR RELATIONS BOARD, JENNIFER ABRUZZO, LAUREN MCFERRAN, MARVIN E KAPLAN, GWYNNE A WILCOX, DAVID M PROUTY, JOHN DOE - ADMINISTRATIVE LAW JUDGE NLRB | | |

## ORDER SETTING PRELIMINARY INJUNCTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PRELIMINARY INJUNCTION HEARING** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Wednesday, July 10, 2024 at 02:00 PM**. All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 3rd day of July, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE