AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP )<br>*Plaintiff* )<br>v. )<br>NATIONAL LABOR RELATIONS BOARD et al )<br>*Defendant* ) | Case No. 6:24-cv-00203-ADA |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Space Exploration Technologies Corp.

Date: 7/9/2024

/s/ Stefanie R. Moll
*Attorney's signature*

Stefanie R. Moll  (TX 24002870)
*Printed name and bar number*
1000 Louisiana, Suite 4000
Houston, TX  77002-5048

*Address*

stefanie.moll@morganlewis.com
*E-mail address*

713-890-5780
*Telephone number*

713-890-5001
*FAX number*