UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> **Plaintiff,** <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board, <br><br> **Defendants.** | Civil Action No. 6:24-cv-00203-ADA |

## **JOINT SCHEDULING ORDER**

The parties have conferred and agree to following joint scheduling order. Pursuant to Rule 16(b)(3)(A), Federal Rules of Civil Procedure, the Court ORDERS that the following schedule will govern deadlines in this matter:

- Any motion to dismiss due on August 2, any response due August 30, any reply due September 13.

- The deadline to amend the pleadings or join other parties is 14 days after any ruling on the motion to dismiss.

- The deadline to complete any discovery is October 1.

- Any motions for summary judgment due October 14, any response due November 12, any reply due November 26.  In the event the motion to dismiss is decided after October

1

1, 2024, these dates shall be adjusted as follows: any motion for summary judgment is due 28 days after the date of that order, any response due 28 days after the motion for summary judgment deadline, and any reply due 14 days after the summary judgment response deadline.

**SIGNED** this day of 26th day of July, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE