UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br>　　　　Plaintiff, <br>　v. <br><br>NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board, <br><br>　　　　Defendants. | Case No. 6:24-cv-00203-ADA-DTG |

**ORDER STAYING FURTHER PROCEEDINGS**

Defendants National Labor Relations Board, *et al.*, ("NLRB") have moved to stay all proceedings in this Court and to indefinitely postpone any deadlines pending decision of the United States Court of Appeals for the Fifth Circuit on the NLRB's appeal from this Court's grant of a preliminary injunction. [Dkt. 43]. Plaintiff Space Exploration Technologies Corp. ("SpaceX") does not oppose the motion. For good cause shown, the motion is **GRANTED**.

It is ordered that this action is **STAYED** while this matter is under appeal and that the time for filing any documents in this case is postponed until further order of this Court.

1

**SO ORDERED** on this 30th day of July, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE