UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board,<br><br>    Defendants. | Civil Action No. 6:24-cv-00203-ADA |

## JOINT MOTION TO DISSOLVE INJUNCTION AND DISMISS ACTION

The parties jointly request that the Court dissolve the preliminary injunction entered against Defendants in the Court's July 23, 2024 order (ECF No. 43) and dismiss this action without prejudice under Federal Rule of Civil Procedure 41(a)(2). In support of this request, the parties state as follows:

1. On July 23, 2024, this Court entered an order granting SpaceX's motion for a preliminary injunction. Under the terms of the Court's order, the National Labor Relations Board ("NLRB"), Jennifer Abruzzo, Lauren M. McFerran, Marvin E. Kaplan, Gwynne A. Wilcox, David M. Prouty, the NLRB's administrative law judges, and all of their officers, agents, employees, attorneys, and other persons in active concert with them were enjoined from administratively

proceeding against SpaceX in the matter associated with NLRB case number 19-CA-309274.  ECF No. 43, at 15.

2. Defendants appealed, and on August 19, 2025, the U.S. Court of Appeals for the Fifth Circuit affirmed the Court's preliminary injunction order.  *SpaceX v. NLRB*, 151 F.4th 761, 781 (5th Cir. 2025).  Defendants did not pursue any further appellate review of the Fifth Circuit's decision.

3. After the Fifth Circuit's ruling, the NLRB gave further consideration to the administrative complaint and notice of hearing that it had issued against SpaceX in NLRB case number 19-CA-309274.  Upon that further consideration, the NLRB determined that further proceedings would not effectuate the purposes of the National Labor Relations Act.  Accordingly, on December 5, 2025, the NLRB, through its Acting Regional Director for Region 19, withdrew the administrative complaint and dismissed the unfair labor practice charge in NLRB case number 19-CA-309274.

4. The parties agree that the withdrawal of the administrative complaint and dismissal of the unfair labor practice charge eliminate the dispute that precipitated this lawsuit and the Court's preliminary injunction, and the parties wish to avoid unnecessary judicial proceedings in this matter.

5. Accordingly, the parties ask this Court to dissolve the preliminary injunction it entered on July 23, 2024 (ECF No. 43) and dismiss this action without prejudice.

Dated: December 18, 2025

**NATIONAL LABOR RELATIONS BOARD**
*Contempt, Compliance, and Special Litigation Branch*

*s/ Kevin P. Flanagan*
KEVIN P. FLANAGAN
*Deputy Assistant General Counsel*
Maryland Bar No. 412140253
National Labor Relations Board
1015 Half Street, S.E. – 4th Floor
Washington, DC 20003
Telephone: (202) 273-2938
Email: Kevin.Flanagan@nlrb.gov

GRACE L. PEZZELLA
*Trial Attorney*

MATHEUS TEIXEIRA
*Trial Attorney*

DAVID P. BOEHM
*Trial Attorney*

*Attorneys for Defendants*

Respectfully submitted,

**MORGAN LEWIS & BOCKIUS LLP**

*s/ Morgan A. McGreevy*
Morgan A. McGreevy
Texas Bar No. 24125317
morgan.mcgreevy@morganlewis.com
(713) 890-5143
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5006

Harry I. Johnson, III (*pro hac vice*)
Michael E. Kenneally (*pro hac vice*)
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004-2541
(202) 739-3000
harry.johnson@morganlewis.com
michael.kenneally@morganlewis.com

*Attorneys for Plaintiff*
*Space Exploration Technologies Corp.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification to all parties of record.

                                                        s/ *Morgan A. McGreevy*
                                                          Morgan A. McGreevy