UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board, <br><br> Defendants. | Civil Action No. 6:24-cv-00203-ADA |

## ORDER GRANTING JOINT MOTION TO DISSOLVE INJUNCTION AND DISMISS ACTION

Upon consideration of the parties' Joint Motion to Dissolve Injunction and Dismiss Action, it is hereby ORDERED that the Motion is GRANTED. The injunction entered by the Court on July 23, 2024 (ECF No. 43) is hereby DISSOLVED and this action is DISMISSED WITHOUT PREJUDICE.

**Signed 1/5/2026**.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE